STATE of Missouri, Respondent,

v.

Shannon PHILLIPS, Appellant.

No. WD 52776.

Missouri Court of Appeals,
Western District.

Submitted March 6, 1997.

Decided June 17, 1997.

Judith C. LaRose, Columbia, Asst. Public Defender, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Shannon Phillips appeals his conviction of first degree murder and armed criminal action in the death of Charles Brown. He contends on appeal that the trial court erred in denying his motion for judgment of acquittal because the evidence of deliberation was insufficient for conviction of first degree murder. He also contends that the court erred in denying his motion for a mental examination.

Having carefully considered the arguments on appeal, we affirm the conviction. Finding the decision to be without precedential value, we affirm by summary order pursuant to Rule 30.25(b). A memorandum of the reasons for our decision has been furnished to the parties.

STATE of Missouri, Respondent,

v.

Shawn SIMPSON, Appellant.

No. WD 53541.

Missouri Court of Appeals,
Western District.

June 17, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appellant was jury convicted of forgery. He raises a single point alleging improper admission of evidence of other crimes. Judgment affirmed. Rule 30.25(b).